UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JOAN M. ISAACSON,

        Plaintiff,

    - against -

NEW YORK ORGAN DONOR NETWORK, et al.,

        Defendants.
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/10/09

08 Civ. 9545 (RMB) (THK)

**ADMINISTRATIVE ORDER**

  The parties are directed to appear for a status conference before the Court on November 17 at 9:30 a.m. in Courtroom 21B of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.

**SO ORDERED**.

Dated: New York, New York
   November 10, 2009

              _____
              RICHARD M. BERMAN, U.S.D.J.